UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YALE UNIVERSITY,                         :     Civil Action No. _____
           Plaintiff                     :
      v.                                 :
YALE ACADEMY, INC., et als.,             :
                                         :

## DISCLOSURE STATEMENT

The undersigned counsel for ___YALE UNIVERSITY_____,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

## OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

___/s/ Barry L. Cohen___                  ___Royer Cooper Cohen Braunfeld LLC___
Signature of Attorney                     Name of Firm

___Barry L. Cohen___                      ___101 W. Elm St., Suite 220___
Print Name                                Address

___05/08/2013___                          ___Conshohocken, PA 19428___
Date                                      City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)