UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YALE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>YALE ACADEMY, INC.; YALE ACADEMY NORTH WALES CAMPUS; YALE ACADEMY UPPER DARBY CAMPUS; YALE ACADEMY EDISON CAMPUS; YALE ACADEMY HOCKESSIN CAMPUS; YALE ACADEMY PLAINSBORO CAMPUS; YALE ACADEMY SECAUCUS CAMPUS, and JOHN DOES ONE through TEN, inclusive,<br><br>Defendants. | Civil Action No. 1:13-cv-02964-RMB-JS |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff, Yale University, by its undersigned counsel, hereby dismisses without prejudice the above-captioned action with respect to the following defendants: Yale Academy North Wales Campus, Yale Academy Upper Darby Campus, Yale Academy Edison Campus, Yale Academy Hockessin Campus, Yale Academy Plainsboro Campus, Yale Academy Secaucus Campus, and John Does one through ten, hereby identified as John On, Bonyoung Koo, Srini Sunkaraneni, and Sanjeev Patil.

Respectfully submitted,

**Royer Cooper Cohen Braunfeld LLC**

Date: September 10, 2013

By: /s/ Barry L. Cohen
Barry L. Cohen
101 W. Elm Street, Ste. 220
Conshohocken, PA 19428
Office: 484-362-2628
Fax: 484-362-2630
Email: bcohen@rccblaw.com

## CERTIFICATE OF SERVICE

I, Barry L. Cohen, certify that on this date, I served a true and correct copy of the foregoing Notice of Voluntary Dismissal upon the following party of record, via first class mail to the following address:

>Terry Yang
>1212 Haddonfield Road
>Cherry Hill, NJ 08002

**Royer Cooper Cohen Braunfeld LLC**

September 10, 2013

By: /s/ Barry L. Cohen
Barry L. Cohen, Esquire
bcohen@rccblaw.com
Sean S. Litz, Esquire
slitz@rccblaw.com
101 West Elm Street, Suite 220
Conshohocken, PA 19428
Tel: 484-362-2628; Fax: 484-362-3630